Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Stanley Suydam* and *John O. Dahlgren* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Philip R. Monahan* for respondents.

No. 48, Misc. McCLANNAHAN *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. Petitioner *pro se. Stephen J. Roth,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 190, Misc. MELANSON *v.* MASSACHUSETTS;
No. 192, Misc. BLONDIN *v.* MASSACHUSETTS; and
No. 194, Misc. MORIN *v.* MASSACHUSETTS. Superior Court of Berkshire County, Massachusetts. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petitions should be granted. *William S. Kenney* for petitioners. *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding,* Assistant Attorney General, for respondent.

No. 191, Misc. MELANSON *v.* MASSACHUSETTS;
No. 193, Misc. BLONDIN *v.* MASSACHUSETTS; and
No. 195, Misc. MORIN *v.* MASSACHUSETTS. Supreme Judicial Court of Suffolk County, Massachusetts. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petitions should be granted. *William S. Kenney* for petitioners. *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding,* Assistant Attorney General, for respondent.